UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARLA RENEE SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | CASE NO. C12-0058-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

This matter comes before the Court on the parties' stipulated motion for remand for further administrative proceedings (Dkt. No. 17) and the Report and Recommendation of the Honorable Mary Alice Theiler, U.S. Magistrate Judge (Dkt. No. 18). Having thoroughly considered the relevant record, the Court ORDERS as follows:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 18);

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

//

//

//

//

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 12th day of June 2012.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION AND REMANDING FOR
FURTHER ADMINISTRATIVE PROCEEDINGS
PAGE - 2